Copy

10/17/2013

14cv2748

UNITED STATES DISTRICT COURT
(SOUTHERN DISTRICT)
------------------------------------X      Indictment #5135-2011

DENNIS WATKINS
   PETITIONER/COMPLAINTANT    42 U.S.C § 1983
 -V-               CIVIL CLAIM

POLICE OFFICER RAMOS
   RESPONDENT/DEFENDANT
------------------------------------X

STATE OF NEW YORK
COUNTY OF MANHATTAN SS:

I DENNIS WATKINS, BEING duly sworn deposes as follows:

1) I am the petitioner in the above captioned matter for a 42 U.S.C. § 1983 Civil Claim against Police Officer Ramos for Slander, Fraud, and Assault 2nd degree, Conspiracy.

2) I am currently Incarcerated at Southport Correctional Facility, P.O. Box 2000, Pine City, New York 14871.

3) The reason I am entitled to the relief I seek is the following:

 Officer Carlos Ramos made fraudulent statements and Conspired with the Asst. Dist Attny John Chananie, to fabricate a Charge of assault in the 2nd degree. Officer Ramos claimed he broke his wrist, yet it allegedly happened in Bellevue Hospital #1 trauma Unit in New York City, and he was not seen by a doctor for his broken bone.
The event happened on July 30, 2010 yet Officer Ramos made no Complaint and no arrest or indictment until May of 2011. He had yet to see a doctor for his injury on 2012 of June when Trial had started; Bare in mind we are talking about a broken bone.
Officer Ramos had no medical record or medical proof to demonstrate an injury. He has still not yet demonstrated his alleged injury; No Cast, No doctor, No therapy Nothing. It was a ploy to reinforce a dieing case that Asst. Disc. Attny Chananie had been working on.

Had it not been for constitutional error, no rational trier of fact would have found me guilty of the underlying charges.

I had been taken to a hospital until August 3, 2010 when I was bailed out of jail for an unrelated charge. On or about August 7-10 of 2010 I had undergone some tests due to an unusual pain in my kneck and back; my range of motion in regards to turning my head from side to side was inhibited by extreme pain.

The doctor stated that I had a fracture in my 3rd vertibrate of my kneck. I had explained the incident to the doctor and he stated that might have aggravated or exasorbated an injury. He stated that Officer Ramos is certainly part if not the entire blame for this injury. I was then directed to have an MRI test done which affirmed the fracture and bruising in my kneck and bruising in my back, and dislocated shoulder.

For my pain and suffering, mental anguish, and the destructive statements, which later landed me wrongfully and unlawfully in prison my claim is for $5.2 million dollars for additional losses of my aparement for which I resided which was my safety net due to my condition of seizure quoting "Dr. Anne Kleinman" and the loss of all my wordly possessions.

10/23/13
Notarized by Donna Marinville
Notary Public State of New York
New York State # 01MA6221161
County of Franklin
Commission expires on 5/28/2014

Dennis Weekins
Authorized Representative
for the Person
Under UCC 3-402 10

(Copied from the original Petition)

4/27/2014

RECEIVED

2014

LORETTA A. PRESKA
CHIEF U.S. DISTRICT JUDGE
S.D.N.Y.

MAY - 1 2014

Dear Chief Judge Loretta A. Preska,

In the captioned matter of DENNIS WATKINS v. Officer Ramos you refer to Docket # 13 CV 5560 (LAP); They are not the same petition and I will tell you why.

DENNIS WATKINS v. Officer Ramos is a 42 U.S.C. §1983 civil claim against a New York City Officer for Perjury, Slander, and assault.

Docket # 13 CV 5560 (LAP) according to your letter has been construed as a 28 U.S.C. §2254 Habeas Corpus. Please take a look at the documents.

The document you speak of Watkins v New York does not have the original caption DENNIS WATKINS v. POLICE OFFICER RAMOS. These are not the same petitions

As I look at the original document that I drew up on 10/17/2013 and was notarized and mailed to your court 10/23/2013. It was notarized on the same date by

Donna J Mainville
Notary Public State of New York
New York State # 01MA6221161
County of Franklin
Her Commission expires 5/24/2014 Unless she renews it which is most probable.

I understand that I have met the required Statute of limitations the fact that a Clerk or Court staff may have become confused due to the multitude of claims at that time is no reason to attempt to disregard this claim.

It was done in a timely fashion and I would appreciate a docket # and assignment of a Judge for this civil claim. I would also appreciate the original caption to avoid any mix up or confusion between cases.

Caption: DENNIS WATKINS V. POLICE OFFICER RAMOS
42 U.S.C. § 1983 Civil Claim

Enclosed a copy of the Claim
Enclosed is an application for proceeding "in forma pauperis".
As usual Your Grace many Thanks in advance

"Always The Highest Esteem and Respect"

Dennis Watkins
Authorized Representative
of the person
Under UCC 3-402 1a