USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/23/15____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DENNIS WATKINS,

                      Plaintiff,

            -against-

POLICE OFFICER RAMOS,

                      Defendant.
------------------------------------------------------------X

14 Civ. 2748 (LGS) (SN)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on February 27, 2015, Magistrate Judge Sarah Netburn issued a Report and Recommendation (the "Report") recommending that the case be dismissed with prejudice and to which no objections were filed;

    WHEREAS, by Opinion and Order dated April 3, 2015 (the "April 3 Order"), the Court adopted the Report;

    WHEREAS, on April 22, 2015, the Court was informed that Plaintiff did not receive the Report;

    WHEREAS, by Order dated April 22, 2015 (the "April 22 Order"), the Court vacated the April 3 Order and reopened the case;

    WHEREAS, the April 22 Order extended Plaintiff's deadline to submit objections to the Report to May 13, 2015;

    WHEREAS, despite multiple extensions and efforts to ensure Plaintiff has an opportunity to respond to the Report, Plaintiff remains unable to file an objection or appear for court conferences; it is hereby

    **ORDERED** that based on a careful review of the Report, the Report is ADOPTED as the Opinion of the Court with the following modification. For the reasons stated in the Report,

2

Defendant's motion is GRANTED and the case is dismissed without prejudice to reopening, provided Plaintiff files any objections to the Report within six months of the date of this Order.

The Clerk of Court is directed to close the motion at Dkt. No. 23, close this case, and mail a copy each of (1) this Order and (2) the Report at Dkt. No. 50 to the pro se Plaintiff.

SO ORDERED.

Dated: July 23, 2015
       New York, New York

                               LORNA G. SCHOFIELD
                             UNITED STATES DISTRICT JUDGE